Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Southern Division**

| | |
|---|---|
| **MELISSA MILLER,** ) | **Case No.: 8:21-CV-00692** |
| ) | |
| **Plaintiff,** ) | Honorable Josephine Staton |
| ) | |
| **v.** ) | **PLAINTIFF'S NOTICE OF** |
| ) | **MOTION AND MOTION FOR** |
| ) | **PARTIAL SUMMARY** |
| **WESTLAKE SERVICES, LLC d/b/a** ) | **JUDGMENT** |
| **WESTLAKE FINANCIAL** ) | |
| **SERVICES,** ) | **Hearing date:** Oct. 28, 2022 |
| ) | **Time:** 10:30 a.m. |
| **Defendant.** ) | **Location:** Courtroom 8A |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **October 28, 2022**[1] at **10:30 a.m.** or as soon thereafter as the matter may be heard in **COURTROOM 8A** of the above-captioned Court, Plaintiff Melissa Miller, through her attorneys of record, will move the Court for an entry of Summary Judgment, or Partial Summary Judgment, against Defendant Westlake Services, LLC d/b/a Westlake Financial Services.

As established in Plaintiff's Memorandum of Points and Authorities in support of Motion for Summary Judgment, Westlake violated the Fair Credit Reporting Act and California Consumer Credit Reporting Agencies Act by unlawfully reporting a debt to the

---

[1] As of the date of this filing, the Court's calendar has no open civil motion dates through October 21, 2022, the last date visible. Plaintiff therefore selected the following Friday, October 28, 2022, as the date for the hearing on this Motion.

credit bureaus regarding Plaintiff on which she was never obligated because the debt resulted from identity theft.

This Motion is made pursuant to Federal Rule of Civil Procedure 56, on the grounds that there is no defense to the action, there is no triable issue as to any material fact, and that Plaintiff is entitled to a judgment as a matter of law.

This Motion is supported by Plaintiff's Memorandum of Points and Authorities, the attached declarations in support thereof, the Separate Statement of Undisputed Facts, the evidence and case law, the pleadings, documents, records and files in this action, and such oral and documentary evidence and argument which may be presented at the hearing on this Motion.

## CERTIFICATE OF COMPLIANCE

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 8, 2022.

July 15, 2022

Respectfully submitted,

**MELISSA MILLER,**

By:   */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel.: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

Octavio Gomez (*pro hac vice*)
**THE CONSUMER LAWYERS**
412 E. Madison #903
Tampa, FL 33602
Phone: 813-299-8537
Mobile: 813-299 8537
Fax:    844-951-3933
Email:  Tav@TheConsumerLawyers.com

*Counsel for Plaintiff*

MOTION FOR PARTIAL SUMMARY JUDGMENT