Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
**Southern Division**

| | |
|---|---|
| **MELISSA MILLER,** ) | **Case No.: 8:21-CV-00692** |
| ) | |
| **Plaintiff,** ) | Honorable Josephine Staton |
| ) | |
| **v.** ) | |
| ) | |
| ) | **DECLARATION OF CRAIG C.** |
| **WESTLAKE SERVICES, LLC d/b/a** ) | **MARCHIANDO IN SUPPORT OF** |
| **WESTLAKE FINANCIAL** ) | **MOTION FOR PARTIAL** |
| **SERVICES,** ) | **SUMMARY JUDGMENT** |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

I, Craig C. Marchiando, hereby declare:

1.      My name is Craig C. Marchiando. I am over the age of eighteen, of sound mind, and capable of executing this Declaration.

2.      All of the facts stated herein are of my own personal knowledge, and they are all true and correct.

3.      I am one of the attorneys working on behalf of Plaintiff in the above-styled lawsuit, and I submit this Declaration in support of Plaintiff's Motion for Partial Summary Judgment.

4.      I attach to this Declaration 41 Exhibits in support of Plaintiff's Motion for Partial Summary Judgment. Each of the following Exhibits is a true and correct copy of that which it purports to be:

1.      Excerpts of the Rule 30(b)(6) Deposition of Westlake.

2.    Document bates nos. WFS000036–45.

3.    Document bates nos. WFS000046–50.

4.    Document bates no. WFS000058.

5.    Excerpts of the deposition of Plaintiff Melissa Miller.

6.    The Declaration of Melissa Miller.

7.    Document bates nos. WFS000117–18.

8.    Document bates nos. WFS000053–57.

9.    Excerpts of the transcript of 12/4/19 telephone call.

10.    Excerpts of the transcript of 12/13/19 call.

11.    The transcript of 1/16/2020 call.

12.    Document bates nos. WFS000129–33.

13.    Document bates nos. WFS000134–39.

14.    Document bates nos. WFS000140–45.

15.    Document bates nos. WFS000154–61.

16.    Document bates nos. WFS000181–85.

17.    Document bates nos. WFS000186–91.

18.    Document bates nos. WFS000192–97.

19.    Document bates nos. WFS000198–205.

20.    Document bates nos. WFS000206–13.

21.    Document bates nos. WFS000220–24.

22.    Document bates nos. WFS0000225–30.

23.    Document bates nos. WFS000231–36.

24.    Document bates nos. WFS000237–44.

25.    Document bates nos. WFS000245–52.

26.    Document bates nos. WFS000010–20.

27.    Excerpts from the deposition of Jose Mata.

28.    Document bates nos. WFS000121–24.

29.   Document bates nos. WFS000125–28.

30.   Document bates nos. WFS000146–49.

31.   Document bates nos. WFS000150–53.

32.   Document bates nos. WFS000170–73.

33.   Document bates nos. WFS000206–13.

34.   Document bates nos. WFS000174–77.

35.   Document bates nos. WFS000178–80.

36.   Excerpts of the deposition of Karen Campos.

37.   Excerpts of the second volume of the Rule 30(b)(6) deposition of Westlake 30(b)(6).

38.   Excerpts of the deposition of Elsa Cruz.

39.   Document bates nos. WFS000391, WFS000458–59.

40.   Document bates no. WFS000214.

41.   Expert Report of Evan Hendricks, produced to Westlake on July 15, 2022.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

July 15, 2022

_/s/ Craig C. Marchiando_
Craig C. Marchiando