THE MOLINO FIRM, PLC
Anthony A. Molino, Esq., [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq., [SBN 075820] sberardino@molinolawfirm.com
John C. Holmes, Esq. [SBN 120578] jholmes@molinolawfirm.com
Taylor M. McGrew, Esq. [SBN 343886] tmcgrew@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant WESTLAKE SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MILLER | ) Case No. 8:21-cv-00692-JLS-KES |
| | ) |
| Plaintiff, | ) **OBJECTION TO EXPERT** |
| | ) **WITNESS REPORT OF EVAN** |
| v. | ) **HENDRICKS** |
| | ) |
| WESTLAKE SERVICES, LLC | ) [Filed Concurrently with Opposition to |
| | ) Motion for Partial Summary Judgment; |
| Defendant. | ) Response to Plaintiff's Separate |
| | ) Statement of Undisputed Facts; |
| | ) Response to Plaintiff's Separate |
| | ) Statement of Undisputed Material Facts; |
| | ) Request for Judicial Notice; Evidence in |
| | ) Support of Opposition; Declarations of |
| | ) Steven Berardino, John Ulzheimer, and |
| | ) Tracy Bergiman] |
| | ) |
| | ) Date: October 28, 2022 |
| | ) Time: 10:30 a.m. |
| | ) Location: Courtroom 8A |
| | ) Judge: Honorable Josephine Staton |

OBJECTION TO THE REPORT OF EVAN HENDRICKS

Defendant WESTLAKE SERVICES, LLC objects to Plaintiff's Rule 26(a)(2) Expert Witness Report of Evan Hendricks (ECF 51-41) in its entirety as it is an unsworn expert report and therefore inadmissible. FED. R. CIV. P. 56(e); *AFMS LLC v. United Parcel Serv. Co.*, 105 F. Supp. 3d 1061, 1070–71 (C.D. Cal. 2015) ("'[It] is well established, that an unsworn expert report is inadmissible under Rule 56(e) to support or oppose summary judgment.") (citations omitted).

Dated: October 7, 2022             THE MOLINO FIRM, PLC


                   By:   s/Steven R. Berardino
                         Steven R. Berardino, Esq.
                         Attorney for Defendant WESTLAKE
                         SERVICES, LLC

## CERTIFICATE OF SERVICE

### *Melissa Miller v. Westlake Services, LLC.*
Case Number 8:21-cv-00692-JLS-KES

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On October 7, 2022, I served a true copy of the within **OBJECTION TO EXPERT WITNESS REPORT OF EVAN HENDRICKS** on interested parties:

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ ] By emailing it via Federal Rule of Civil Procedure 5(b)(2)(D), per stipulation of parties to all parties/persons appearing on the Service List.

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.  Executed this 7th day of October 2022 in Los Angeles, California.

Beverly Langworthy

---

3

OBJECTION TO THE REPORT OF EVAN HENDRICKS

## SERVICE LIST

Craig C. Marchiando, Esq.                craig@clalegal.com
Leonard Bennett, Esq.                    lenbennett@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Octavio Gomez, Esq.                      tav@theconsumerlawyers.com
The Consumer Lawyers PLLC
3210 W. Cypress Street
Tampa, Florida 33607

Matthew M. Loker                         matt@loker.law
Loker Law APC
1303 East Grand Ave, Suite 101
Arroyo Grande, California 93420

OBJECTION TO THE REPORT OF EVAN HENDRICKS