THE MOLINO FIRM, Professional Law Corporation
Anthony A. Molino, Esq., [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq., [SBN 075820] sberardino@molinolawfirm.com
John C. Holmes, Esq. [SBN 120578] jholmes@molinolawfirm.com
Taylor M. McGrew, Esq. [SBN 343886] tmcgrew@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant, WESTLAKE SERVICES, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| MELISSA MILLER | Case No. 8:21-cv-00692-JLS-KES |
| Plaintiff, | **APPLICATION TO PERMANENTLY SEAL DECLARATIONS OF TRACY BERGIMAN AND STEVEN BERARDINO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| vs. | |
| WESTLAKE SERVICES, LLC. | |
| Defendant. | |
| | [Filed concurrently with Declaration of Steven Berardino and Proposed Order] |
| | Date: Oct. 28, 2022 |
| | Time: 10:30 a.m. |
| | Location: Courtroom 8A |
| | Judge: Honorable Josephine Staton |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEY OF RECORD:

Defendant WESTLAKE SERVICES, LLC, hereby submits this application and proposed order to this Court to seal both the Declaration of Tracy Bergiman and the Declaration of Steven Berardino filed in support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment.

1

This application is based upon the ground that certain exhibits contained within both the Declaration of Tracy Bergiman and the Declaration of Steven Berardino contain Personal Identifiable Information attributable to Plaintiff Melissa Miller and must be protected from the public record.

Based upon the applicability of Federal Rules of Civil Procedure Rule 5.2, and this Court's Local Rule 5.2-1, in addition to Defendant's memorandum of points and authorities, Defendant's respectfully request this Court permanently seal both the Declaration of Tracy Bergiman and the Declaration of Steven Berardino.

Dated: October 14, 2022                    THE MOLINO FIRM, PLC


By:   s/Steven R. Berardino
      Steven R. Berardino, Esq.
      Attorney for Defendant WESTLAKE
      SERVICES, LLC

APPLICATION TO PERMANENTLY SEAL DECLARATIONS OF TRACY BERGIMAN AND STEVEN BERARDINO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

## **MEMORANDUM OF POINTS AND AUTHORITIES**

On or about October 7, Defendant, by and through counsel, filed Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment. (Declaration of Steven Berardino "Decl. of Berardino" ¶4). Defendant filed several pleadings and declarations concurrently and in support of Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment, including the Declaration of Steven Berardino and the Declaration of Tracy Bergiman. *Id*.

On October 12, 2022, around approximately 10:00 a.m. PT, Defendant was informed by Plaintiff's counsel that certain exhibits, namely Exhibits J, S, EE, GG, HH, JJ, PP, QQ, SS, and TT, were filed without redaction and included Personal Identifiable Information attributable to Plaintiff, Melissa Miller. (Decl. of Berardino ¶5). The following exhibits inadvertently contain Personal Identifiable Information:

1. *Declaration of Steven Berardino:*

   a. Exhibit "J" – Document bates no. WFS000129-145

   b. Exhibit "S" - Excerpts of the deposition of Melissa Miller re: December 4th 2019 phone call.

2. *Declaration of Tracy Bergiman*

   a. Exhibit "EE" – Document bates no. WFS000025-27

   b. Exhibit "GG" – Document bates no. WFS000021-22

   c. Exhibit "HH" – Document bates no. WFS000010-20

d. Exhibit "JJ" – Document bates no. WFS00006-9

e. Exhibit "PP" – Document bates no. WFS000170-180

f. Exhibit "QQ" – April 13, 2020 letter mailed to Plaintiff requesting documentation

g. Exhibit "SS" – Lexis Nexis Search of Melissa Hamilton

h. Exhibit "TT" – Lease Agreement for Melissa Hamilton in Long Beach.

On or about October 12, 2022, this Court conditionally sealed both the Declaration of Tracy Bergiman (Docket No. 55-3) and the Declaration of Steven Berardino (Docket No. 55-2) (Decl. of Berardino ¶6).

FRCP Rule 5.2(a) identifies the limited amount of personal information allowed in a filing with the court to include only, "(1) the last four digits of the social-security number and taxpayer-identification number; (2) the year of the individual's birth; (3) the minor's initials; and (4) the last four digits of the financial-account number." Additionally, FRCP Rule 5.2(d) states the court may… "order the person who made the filing to file a redacted version for the public record."

Further, this Court's Local Rule 5.2-1 outlines the information required to be redacted from filings and outlines that the responsibility to redact and place under seal protected personal data identifiers rests solely with counsel and the parties. While delayed due to inadvertence on Defendant's behalf, Defendant would like to exercise this responsibility and place the outlined filed documents under permanent

4

seal.

Defendant respectfully requests this Court find good cause to order the permanent sealing of both the Declaration of Tracy Bergiman and the Declaration of Steven Berardino.  If this Court wishes WESTLAKE will refile redacted exhibits we shall do so promptly.

Respectfully submitted.

Dated: October 14, 2022                    THE MOLINO FIRM, PLC


                                  By:    s/Steven R. Berardino
                                         Steven R. Berardino, Esq.
                                         Attorney for Defendant WESTLAKE
                                         SERVICES, LLC

5

**CERTIFICATE OF SERVICE**
*Melissa Miller v. Westlake Services, LLC.*
Case Number. 8:21-cv-00692-JLS-KES

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On October 14, 2022, I served a true copy of the within **APPLICATION TO PERMANENTLY SEAL DECLARATIONS OF TRACY BERGIMAN AND STEVEN BERARDINO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on interested parties:

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ ] By emailing it via Federal Rule of Civil Procedure 5(b)(2)(D), per stipulation of parties to all parties/persons appearing on the Service List.

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.  Executed this 14th day of October 2022 Los Angeles, California.

_____
Beverly Langworthy

APPLICATION TO PERMANENTLY SEAL DECLARATIONS OF TRACY BERGIMAN AND STEVEN BERARDINO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**SERVICE LIST**

Craig C. Marchiando, Esq.                craig@clalegal.com
Leonard Bennett, Esq.                    lenbennett@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Octavio Gomez, Esq.                      tav@theconsumerlawyers.com
The Consumer Lawyers PLLC
3210 W. Cypress Street
Tampa, Florida 33607

Matthew M. Loker                         matt@loker.law
Loker Law APC
1303 East Grand Ave, Suite 101
Arroyo Grande, California 93420

7