Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Southern Division

| | |
|---|---|
| MELISSA MILLER, | Case No.: **8:21-CV-00692** |
| Plaintiff, | Honorable Josephine Staton |
| v. | **PLAINTIFF'S REPLY STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES, | |
| Defendant. | **Hearing date:** Oct. 28, 2022<br>**Time:** 10:30 a.m.<br>**Location:** Courtroom 8A |

| PLAINTIFF'S UNDISPUTED MATERIAL FACTS: | SUPPORTING EVIDENCE: |
|---|---|
| 91. Westlake's Rule 30(b)(6) witness testified that Westlake does not know if an actual license was ever provided to the dealer. | Rule 30(b)(6) Dep. at 262:4–15 (Marchiando 2d Decl. Ex. 1) |
| 92. Plaintiff testified that the rate of pay on the application form the | Miller Dep. at 59:11–60:2 (Marchiando 2d Decl. Ex. 2) |

PLT.'S REPLY STMT OF UNCONTESTED FACTS

| | |
|---|---|
| dealership apparently possessed was wrong—she was paid less. | |
| 93. Plaintiff did not make any payments to Westlake on the account at issue. | Miller Dep. at 75:6–11 (Marchiando 2d Decl. Ex. 2) |
| 94. Plaintiff does not know Andrew Chavez. | Miller Dep. at 69:9–11 (Marchiando 2d Decl. Ex. 2) |
| 95. Plaintiff did not have a VISA card ending in 9169 in August 2019. | Miller Dep. at 69:24–70:4 (Marchiando 2d Decl. Ex. 2) |
| 96. Westlake's Rule 30(b)(6) witness testified that it had not checked the origin of the telephone number from which it received a call from the Huntington Beach Police Department stating the account should be marked as fraudulent. | Rule 30(b)(6) Dep. at 210:6–211:9 (Marchiando 2d Decl. Ex. 1) |

PLT.'S REPLY STMT OF UNCONTESTED FACTS

2

October 14, 2022

Respectfully submitted,

**MELISSA MILLER,**

By:    */s/ Craig C. Marchiando*
Craig C. Marchiando (SBN 283829)
Leonard A. Bennett (*pro hac vice*)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel.: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

Octavio Gomez (*pro hac vice*)
**THE CONSUMER LAWYERS**
412 E. Madison #903
Tampa, FL 33602
Phone: 813-299-8537
Mobile: 813 299 8537
Fax:      844-951-3933
Email:  Tav@TheConsumerLawyers.com

*Counsel for Plaintiff*

PLT.'S REPLY STMT OF UNCONTESTED FACTS