Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Southern Division

| | |
|---|---|
| MELISSA MILLER, ) | **Case No.: 8:21-CV-00692** |
| ) | |
| **Plaintiff,** ) | Honorable Josephine Staton |
| ) | |
| v. ) | |
| ) | **SECOND DECLARATION OF** |
| ) | **CRAIG C. MARCHIANDO IN** |
| **WESTLAKE SERVICES, LLC d/b/a** ) | **SUPPORT OF PLAINTIFF'S** |
| **WESTLAKE FINANCIAL** ) | **REPLY IN SUPPORT OF** |
| **SERVICES,** ) | **MOTION FOR PARTIAL** |
| ) | **SUMMARY JUDGMENT** |
| **Defendant.** ) | |
| ) | |

I, Craig C. Marchiando, hereby declare:

1.  My name is Craig C. Marchiando. I am over the age of eighteen, of sound mind, and capable of executing this Declaration.

2.  All of the facts stated herein are of my own personal knowledge, and they are all true and correct.

3.  I am one of the attorneys working on behalf of Plaintiff in the above-styled lawsuit, and I submit this Declaration in Support of Plaintiff's Reply in Support of Motion for Partial Summary Judgment.

4.  I attach to this Declaration fourteen exhibits in support of Plaintiff's Reply In Support of Motion for Partial Summary Judgment. Each of the following Exhibits is a true and correct copy of that which it purports to be:

    1.  Excerpts of Volume I the Rule 30(b)(6) Deposition of Westlake.

2.    Excerpts of the deposition of Melissa Miller.

3.    Document bates no. WFS000323.

4.    Excerpts of the deposition of Jose Mata.

5.    Excerpts of the deposition of Elsa Cruz.

6.    Excerpts of the deposition of Karen Campos.

7.    Document bates nos. WFS000220–24.

8.    Document bates nos. WFS0000225–30.

9.    Document bates nos. WFS000231–36.

10.    Document bates nos. WFS000237–44.

11.    Document bates nos. WFS000245–52.

12.    Document bates no. WFS000154.

13.    Document bates nos. WFS 000010–20.

14.    Excerpts of Volume II the Rule 30(b)(6) Deposition of Westlake.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

October 14, 2022

_/s/ Craig C. Marchiando_
Craig C. Marchiando

MARCHIANDO 2D DECLARATION IN SUPPORT PARTIAL SUMMARY JUDGMENT REPLY