Craig C. Marchiando (SBN 283829)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Tel: (757) 930-3660
Fax: (757) 930-3662
craig@clalegal.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Southern Division

| | |
|---|---|
| MELISSA MILLER,<br><br>   **Plaintiff,**<br><br>v.<br><br>WESTLAKE SERVICES, LLC d/b/a WESTLAKE FINANCIAL SERVICES,<br><br>   **Defendant.** | Case No.: **8:21-CV-00692**<br><br>Honorable Josephine Staton<br><br>**DECLARATION OF EVAN HENDRICKS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, EVAN HENDRICKS, hereby declare under penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct:

1. I was retained by Plaintiff MELISSA MILLER to serve as an expert in this matter.

2. I have personal knowledge of the information contained in this Declaration and could testify to such if called to do so.

3. I am not a party to this Action.

4. A true and correct copy of my Expert Report is attached hereto as Exhibit 1. This report is identical to the one already on file with the Court, at ECF 51-41.

5. All of the information in the attached and previously filed Expert Report is true and correct.

I declare, under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

October 11, 2022

_____
Evan Hendricks