**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MELISSA MILLER, | Case No.  8:21-cv-00692-JLS-KES |
|---|---|
| Plaintiff, | **ORDER SEALING DEFENDANT'S DECLARATION OF TRACY BERGIMAN AND DECLARATION OF STEVEN BERARDINO FILED IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| WESTLAKE SERVICES, LLC. | |
| Defendant. | |

**IT IS HEREBY ORDERED** that Defendant's Declaration of Tracy Bergiman (Doc. 55-3) and Declaration of Steven Berardino (Doc. 55-2) filed in Opposition to Plaintiff's Motion for Partial Summary Judgment are PERMANENTLY SEALED.

DATED:  October 20, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE