THE MOLINO FIRM, PLC
Anthony A. Molino, Esq., [SBN 156661] molino@molinolawfirm.com
Steven R. Berardino, Esq., [SBN 075820] sberardino@molinolawfirm.com
John C. Holmes, Esq. [SBN 120578] jholmes@molinolawfirm.com
Taylor M. McGrew, Esq. [SBN 343886] tmcgrew@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant WESTLAKE SERVICES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MILLER, | ) Case No. 8:21-cv-00692-JLS-KES |
| | ) |
| Plaintiff, | ) **OBJECTION TO THE** |
| | ) **DECLARATION OF PLAINTIFF'S** |
| v. | ) **RULE 26(a)(2) EXPERT WITNESS** |
| | ) **EVAN HENDRICKS FILED** |
| WESTLAKE SERVICES, LLC, | ) **CONCURRENTLY WITH** |
| | ) **PLAINTIFF'S REPLY TO** |
| Defendant. | ) **DEFENDANT'S OPPOSITION TO** |
| | ) **PLAINTIFF'S MOTION FOR** |
| | ) **PARTIAL SUMMARY JUDGMENT** |
| | ) |
| | ) Date: October 28, 2022 |
| | ) Time: 10:30 a.m. |
| | ) Location: Courtroom 8A |
| | ) Judge: Honorable Josephine Staton |
| | ) |
| _____ | ) |

Defendant WESTLAKE SERVICES, LLC objects to the Declaration of

Plaintiff's Rule 26(a)(2) Expert Witness Evan Hendricks filed concurrently with

Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Partial Summary

1

OBJECTION TO DECLARATION OF PLAINTIFF'S EXPERT WITNESS EVAN HENDRICKS

Judgment in its entirety. Defendant's Objection is made pursuant to this Court's Local Rule 52-7, Rules 56(c)(2) and 56(e) of the Federal Rules of Civil Procedure, and applicable case law.

Plaintiff is attempting to introduce new evidence after Defendant filed their opposition by waiting until the opposition was filed before then filing the declaration of their expert witness, Evan Hendricks. The filing of this declaration is untimely and considered new evidence as no reference to this declaration was made during the filing of their Motion for Partial Summary Judgment. The Ninth Circuit has held that a district court "need not consider arguments raised for the first time in a reply brief." *Zamani v. Carnes*, 491 F.3d 990, 997 (9th Cir. 2007) (citing *Koerner v. Grigas*, 328 F.3d 1039, 1048 (9th Cir. 2003)).

The issue of Plaintiff filing this late declaration might be different if the declaration were filed in response to an issue raised for the first time in the opposition. In such situations, courts have allowed the filing of new evidence. *See, e.g.*, *Carrillo v. Schneider Logistics, Inc.*, No. CV 11–8557 CAS (DTBx), 2013 WL 140214, at *3 n.2 (C.D. Cal. Jan. 7, 2013) ("Since this document was submitted in response to [the defendant's] argument . . . it is properly raised in a reply brief."). However, here Plaintiff neglected to include such declaration in her moving papers and is attempting to squeeze new evidence in her reply after being put on notice of the need to do so by the opposition. Thus, the late filed declaration should be disregarded.

2

OBJECTION TO DECLARATION OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS EVAN HENDRICKS

Dated: October 21, 2022                THE MOLINO FIRM, PLC


By:   s/Steven R. Berardino
      Steven R. Berardino, Esq.
      Attorney for Defendant WESTLAKE
      SERVICES, LLC

3

## CERTIFICATE OF SERVICE

### *Melissa Miller v. Westlake Services, LLC.*
Case Number 8:21-cv-00692-JLS-KES

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On October 21, 2022, I served a true copy of the within **OBJECTION TO THE DECLARATION OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS EVAN HENDRICKS FILED CONCURRENTLY WITH PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on interested parties:

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ ] By emailing it via Federal Rule of Civil Procedure 5(b)(2)(D), per stipulation of parties to all parties/persons appearing on the Service List.

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.  Executed this 21st day of October 2022 in Los Angeles, California.

    /s/ Monica Gallegos
    Monica Gallegos

4

OBJECTION TO DECLARATION OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS EVAN HENDRICKS

## SERVICE LIST

Craig C. Marchiando, Esq.                craig@clalegal.com
Leonard Bennett, Esq.                    lenbennett@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Octavio Gomez, Esq.                      tav@theconsumerlawyers.com
The Consumer Lawyers PLLC
3210 W. Cypress Street
Tampa, Florida 33607

Matthew M. Loker                         matt@loker.law
Loker Law APC
1303 East Grand Ave, Suite 101
Arroyo Grande, California 93420

OBJECTION TO DECLARATION OF PLAINTIFF'S RULE 26(a)(2) EXPERT WITNESS EVAN HENDRICKS