# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | SACV 21-00692-JLS (KESx) | | Date | October 28, 2022 |
|---|---|---|---|---|
| Title | Melissa Miller v. Westlake Services LLC | | | |

PRESENT:

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Katherine Stride |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Craig Marchiando

ATTORNEYS PRESENT FOR DEFENDANT:

Steven R. Berardino
Taylor M. McGrew

**PROCEEDINGS:   PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [50]**

The hearing is held.   The Court and counsel confer.   Following discussions with counsel, the motion is taken under submission and a written order will issue.

|  | : | 32 |
|---|---|---|
| Initials of Deputy Clerk | vrv | |