THE MOLINO FIRM, Professional Law Corporation
Anthony A. Molino, Esq., [SBN 156661] molino@molinolawfirm.com
P. Renee LoCascio, Esq., [SBN 140454] rlocascio@molinolawfirm.com
John C. Holmes, Esq., [SBN 120578] jholmes@molinolawfirm.com
Taylor M. McGrew, Esq., [SBN 343886] tmcgrew@molinolawfirm.com
4751 Wilshire Boulevard, Suite 207
Los Angeles, California 90010-3838
Telephone (323) 692-4010 Facsimile (323) 692-4015

Attorneys for Defendant, WESTLAKE SERVICES, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MILLER<br><br>Plaintiff(s),<br><br>vs.<br><br>WESTLAKE SERVICES, LLC<br><br>Defendant(s). | Case No. 8:21-cv-00692-JLS-KES<br><br>**DECLARATION OF TAYLOR MCGREW RE: DEFENDANT'S ABSTENTION TO CONSENT TO PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE**<br><br>Date: Feb. 3, 2023<br>Time: 10:30 a.m.<br>Location: Courtroom 8A<br>Judge: Honorable Josephine Staton |

I, Taylor McGrew, declare as follows:

1.      I am an attorney at law licensed to practice before all courts in the State of California.

2.      I have personal knowledge of the facts stated in this declaration and if

called as a witness, I could and would competently testify thereto.

3.     I am a member of The Molino Firm attorneys of record for the Defendant WESTLAKE SERVICES, LLC.

4.     On January 4, 2023 at 1:03 p.m. pst., I received an email from Plaintiff's counsel Craig Marchiando requesting Defendant Westlake's consent to Plaintiff's counsel's remote appearance for the hearing on Westlake's Motion for an Order Permitting Late Expert Report and Expert's Testimony at Trial, currently scheduled for February 3, 2023 at 10:30 a.m.   Attached hereto and marked as "**Exhibit A**" is a true and correct copy of the email chain between counsel for Plaintiff and Defendant.

5.     On January 4, 2023 at 1:14 p.m. pst., I responded to Mr. Marchiando and requested the basis for his request prior to making a determination.  *See* Ex. A.

6.     On January 4, 2023 at 1:20 p.m. pst., I received an email from Leonard Bennett, also Plaintiff's counsel, informing Plaintiff's position.  *See* Ex. A.

7.     On January 4, 2023, at 5:49 p.m. pst., I informed Plaintiff's counsel of the following, verbatim:

> "While we appreciate the insight into your reasoning, we believe that whether or not we consent is of no consequence to the Court's ultimate determination. Therefore we abstain from participating in this decision entirely." *See* Ex. A.

8.     Since the burden of showing good cause and the showing of "truly exceptional circumstances" (per the Honorable Josephine Staton's Judge's

2

DECLARATION OF TAYLOR MCGREW

Procedures ¶8) rests with Plaintiff and does not require or mention a meet and confer effort or consent of opposing counsel for the granting of requests for remote appearances, Defendant did not refuse to consent.

9.    Rather, I, declined to participate in Plaintiff's request for remote appearance by way of abstention.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January 2023 in Los Angeles, California.


                                    s/Taylor M. McGrew
                                    Taylor M. McGrew

DECLARATION OF TAYLOR MCGREW

# EXHIBIT A

## Taylor McGrew

| | |
|---|---|
| **From:** | Taylor McGrew |
| **Sent:** | Wednesday, January 4, 2023 5:49 PM |
| **To:** | Leonard Bennett |
| **Cc:** | Craig Marchiando; Octavio Gomez; Renee LoCascio; Tony Molino; Matthew M. Loker, Esq. |
| **Subject:** | RE: Miller v. WFS - Request for Remote Attendance on Rule 60 Motion |

Counsel,

While we appreciate the insight into your reasoning, we believe that whether or not we consent is of no consequence to the Court's ultimate determination. Therefore we abstain from participating in this decision entirely.

Best,
Taylor McGrew, Esq.
Associate Attorney
**THE MOLINO FIRM**
A Professional Law Corporation
4751 Wilshire Blvd., Ste 207
Los Angeles, CA 90010
Tel (323) 692-4010 | Direct (323) 837-5975
TMcGrew@molinolawfirm.com



**CONFIDENTIALITY NOTICE:** The information contained in this communication and any attachments are confidential and may be attorney client privileged. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this transmission in error please immediately notify us at 323-692-4010 and destroy the original message. **IRS CIRCULAR 230 NOTICE:** To ensure compliance with the IRS, we hereby inform you that any U.S. tax advise contained in this communication and the attachments hereto are not intended or written to be used for the purpose of (a). Avoiding taxes, interest and penalties under the Internal Revenue Code and/or (b). For the promoting, marketing or recommending to another party any transaction or matter stated herein. **DEBT COLLECTION NOTICE:** A portion of this law practice deals with debt collection. If you are a debtor please be advised anything you communicate to this office will be used in the collection of your outstanding debt. 🐾 Consider the environment. Please don't print this e-mail unless really needed.

**From:** Leonard Bennett <lenbennett@clalegal.com>
**Sent:** Wednesday, January 4, 2023 1:20 PM
**To:** Taylor McGrew <TMcGrew@molinolawfirm.com>
**Cc:** Craig Marchiando <craig@clalegal.com>; Octavio Gomez <Tav@theconsumerlawyers.com>; Renee LoCascio <RLocascio@molinolawfirm.com>; Tony Molino <molino@molinolawfirm.com>; Matthew M. Loker, Esq. <matt@loker.law>
**Subject:** Re: Miller v. WFS - Request for Remote Attendance on Rule 60 Motion

| | |
|---|---|
| **SECURITY FIRST** | External email, sender: lenbennett@clalegal.com, use caution clicking links or opening attachments. |

Taylor,

The basis is that this is a motion that has already been argued, liability has already been determined and substantially greater fees will be incurred if Craig travels again.  The expense will about 5k.  That either your client or your malpractice carrier will end up paying.

Len Bennett


Sent from my iPhone


On Jan 4, 2023, at 4:14 PM, Taylor McGrew <TMcGrew@molinolawfirm.com> wrote:


Craig,

Could you inform us of the basis for your request? We would need to know prior to making that determination.

Thank you,
Taylor McGrew, Esq.
Associate Attorney
**THE MOLINO FIRM**
A Professional Law Corporation
4751 Wilshire Blvd., Ste 207
Los Angeles, CA 90010
Tel (323) 692-4010 | Direct (323) 837-5975
TMcGrew@molinolawfirm.com

<image001.jpg>


**CONFIDENTIALITY NOTICE:** The information contained in this communication and any attachments are confidential and may be attorney client privileged. If the reader of this message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you receive this transmission in error please immediately notify us at 323-692-4010 and destroy the original message. **IRS CIRCULAR 230 NOTICE:** To ensure compliance with the IRS, we hereby inform you that any U.S. tax advise contained in this communication and the attachments hereto are not intended or written to be used for the purpose of (a). Avoiding taxes, interest and penalties under the Internal Revenue Code and/or (b). For the promoting, marketing or recommending to another party any transaction or matter stated herein. **DEBT COLLECTION NOTICE:**  A portion of this law practice deals with debt collection. If you are a debtor please be advised anything you communicate to this office will be used in the collection of your outstanding debt. P Consider the environment. Please don't print this e-mail unless really needed.

---

**From:** Craig Marchiando <craig@clalegal.com>
**Sent:** Wednesday, January 4, 2023 1:03 PM
**To:** Taylor McGrew <TMcGrew@molinolawfirm.com>
**Cc:** Leonard Bennett <lenbennett@clalegal.com>; Octavio Gomez <Tav@theconsumerlawyers.com>; Renee LoCascio <RLocascio@molinolawfirm.com>; Tony Molino <molino@molinolawfirm.com>; Matthew M. Loker, Esq. <matt@loker.law>
**Subject:** Miller v. WFS - Request for Remote Attendance on Rule 60 Motion

| **SECURITY FIRST** | External email, sender: craig@clalegal.com, use caution clicking links or opening attachments. |
| --- | --- |

2

Taylor:

We plan to request permission for a telephonic appearance at the February 3 hearing on Westlake's Rule 60 Motion. Can we note in our filing that Westlake consents?

Craig C. Marchiando
**Consumer Litigation Associates, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
craig@clalegal.com

This message contains information from Consumer Litigation Associates, P.C. which may be confidential and privileged.  If you are not the intended recipient and have received this transmission in error, please contact (757) 930-3660 to report it.

**DISCLAIMER**: The information (including any attachments) contained in this communication is only meant for the intended recipient of the transmission, and may be a confidential or a communication privileged by law. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose, or take any action based on this message or any information herein. If you have received this communication in error, please re-send this communication to the sender and delete the original message or any copy of it from your computer system. Thank You.

3

## CERTIFICATE OF SERVICE

### *Melissa Miller v. Westlake Services, LLC.*
Case Number 8:21-cv-00692-JLS-KES

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On January 6, 2023, I served a true copy of the within **DECLARATION OF TAYLOR MCGREW CLARIFYING PLAINTIFF'S DEFINITION OF ABSTENTION IN PLAINTIFF'S REQUEST FOR REMOTE APPEARANCE** on interested parties:

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[ ] By emailing it via Federal Rule of Civil Procedure 5(b)(2)(D), per stipulation of parties to all parties/persons appearing on the Service List.

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct under the law of the United States of America.  Executed this 6th day of January 2023 in Los Angeles, California.

Monica Gallegos

4

DECLARATION OF TAYLOR MCGREW

## <u>SERVICE LIST</u>

Craig C. Marchiando, Esq.                craig@clalegal.com
Leonard Bennett, Esq.                    lenbennett@clalegal.com
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Octavio Gomez, Esq.                      tav@theconsumerlawyers.com
The Consumer Lawyers PLLC
3210 W. Cypress Street
Tampa, Florida 33607

Matthew M. Loker                         matt@loker.law
Loker Law APC
1303 East Grand Ave, Suite 101
Arroyo Grande, California 93420

DECLARATION OF TAYLOR MCGREW